```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JAVELIN GLOBAL COMMODITIES (UK) LTD.,    :    21cv7462(DLC)
                                         :
                          Plaintiff,     :    ORDER
           -v-                           :
                                         :
                                         :
INVESTMENT MINING GROUP LLC,             :
                                         :
                          Defendant.     :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 7, 2021, Javelin Global Commodities (UK) Ltd. filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On January 20, 2022, the plaintiff filed a letter regarding the basis for its belief that diversity of citizenship exists but the letter was insufficient. Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiff Javelin Global Commodities (UK) Ltd. shall, by **January 28, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.

In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.

SO ORDERED:

Dated:   New York, New York
         January 24, 2022

_____
DENISE COTE
United States District Judge