```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
  JAVELIN GLOBAL COMMODITIES (UK) LTD.,   :
                                          :
                         Plaintiff,       :
                  -v-                     :      21cv7462(DLC)
                                          :
                                          :          ORDER
  INVESTMENT MINING GROUP LLC,            :
                                          :
                         Defendant.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On February 1, 2022, a Certificate of Default from the Clerk of Court was entered on ECF. Accordingly, it is hereby

ORDERED that the initial pretrial conference scheduled for February 4 is cancelled.

IT IS FURTHER ORDERED that the plaintiff shall, by **February 7, 2022,** file on ECF a Motion for Default Judgment pursuant to Section 4(I) of this Court's Individual Practices in Civil Cases.

Dated:   New York, New York
         February 2, 2022

                                      _____
                                              DENISE COTE
                                        United States District Judge