```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAVELIN GLOBAL COMMODITIES (UK) LTD.,   :
                                        :
                          Plaintiff,    :     21cv7462 (DLC)
              -v-                       :
                                        :          ORDER
                                        :
INVESTMENT MINING GROUP LLC,            :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on February 7, 2022, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **February 11, 2022.**

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **February 25** at **1:00 pm.** Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

```
            Dial-in:       888-363-4749
            Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         February 8, 2022

_____
DENISE COTE
United States District Judge