UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAVELIN GLOBAL COMMODITIES (UK) LTD.,   :
                                        :
                          Plaintiff,    :
            -v-                         :      21cv7462 (DLC)
                                        :
INVESTMENT MINING GROUP LLC,            :         ORDER
                                        :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    As set forth at the telephonic conference held on February 25, 2022, it is hereby

    ORDERED that default is entered in favor of Plaintiff and against Defendant Investment Mining Group LLC.

    IT IS FURTHER ORDERED that the case is referred to Magistrate Judge Barbara C. Moses for an inquest on damages.

Dated:   New York, New York
         February 25, 2022

                                       _____
                                              DENISE COTE
                                 United States District Judge