UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JAVELIN GLOBAL COMMODITIES (UK) LTD.,  :   21cv7462 (DLC)
                                       :
                          Plaintiff,   :   ORDER
              -v-                      :
                                       :
                                       :
INVESTMENT MINING GROUP LLC,           :
                                       :
                          Defendant.   :
                                       :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   On February 25, 2022 the above captioned case was referred to Magistrate Judge Barbara C. Moses for a damages inquest. It is hereby

   ORDERED that the damages inquest referral is vacated.

   SO ORDERED:

Dated:   New York, New York
         April 28, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge