```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAVELIN GLOBAL COMMODITIES (UK) LTD.,    :
                                         :
                         Plaintiff,      :
            -v-                          :   21cv7462(DLC)
                                         :
                                         :   ORDER
INVESTMENT MINING GROUP LLC,             :
                                         :
                         Defendant.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 25, 2022, a default was entered in favor of plaintiff and against the defendant, and the case was referred to Magistrate Judge Barbara Moses for an inquest on damages. On March 28, the plaintiff filed proposed findings of fact and conclusions of law concerning the damages permitted in connection with the entry of default. The proposed findings of fact and conclusions of law requested entry of an injunction concerning the Macquarie Equipment. The Macquarie Equipment is listed in Schedules 1 through 4 of the Master Lease Agreement, which is attached as Exhibit A to the Complaint in this action. On April 28, the damages inquest referral to Judge Moses was vacated. Accordingly, it is hereby

ORDERED that, by **May 13, 2022**, the defendant shall identify to the plaintiff in writing the precise location of the Macquarie Equipment.

IT IS FURTHER ORDERED that the plaintiff may take

possession of the Macquarie Equipment by **May 20, 2022.**

IT IS FURTHER ORDERED that the plaintiff may, by **July 5, 2022,** submit additional evidence detailing any additional damages amounts related to the scope and nature of damages to the Macquarie Equipment.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on the defendant on or before **April 29, 2022.**

IT IS FURTHER ORDERED that the defendant shall file any opposition to this Order by **May 5, 2022.**

Dated:   New York, New York
         April 28, 2022

_____
DENISE COTE
United States District Judge

2