UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JAVELIN GLOBAL COMMODITIES (UK) LTD.,:
                                    :
                      Plaintiff,    :
            -v-                     :          21cv7462 (DLC)
                                    :
INVESTMENT MINING GROUP LLC,        :             ORDER
                                    :
                      Defendant.    :
                                    :
------------------------------------X

DENISE COTE, District Judge:

On December 2, 2022, the plaintiff filed a submission of additional evidence detailing additional damages amounts related to the Macquarie Equipment ("Submission of Additional Evidence"). The plaintiff also filed an affidavit of service of the Submission of Additional Evidence on the defendant. It is hereby

ORDERED that the defendant shall file any opposition to the Submission of Additional Evidence by **December 16, 2022**.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on the defendant on or before **December 7, 2022**.

Dated:   New York, New York
         December 2, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge