```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAVELIN GLOBAL COMMODITIES (UK) LTD.,   :
                                        :
                        Plaintiff,      :
            -v-                         :       21cv7462 (DLC)
                                        :
INVESTMENT MINING GROUP LLC,            :          ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 29, 2022, the defendant opposed the plaintiff's damages amounts related to the Macquarie Equipment. It is hereby

ORDERED that the defendant shall file any evidence in support of its opposition by **February 3, 2023**.

IT IS FURTHER ORDERED that neither party may rely at an inquest on evidence it has not filed with the Court by **February 3, 2023**.

IT IS FURTHER ORDERED that the case is referred to Magistrate Judge Barbara C. Moses for an inquest on damages.

Dated:   New York, New York
         January 10, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge