```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAVELIN GLOBAL COMMODITIES (UK) LTD.,

        Plaintiff,

-against-

INVESTMENT MINING GROUP LLC,

        Defendant.

21-CV-7462 (DLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, it is hereby ORDERED that defendant Investment Mining Group LLC is authorized to file a sur-reply brief no longer than eight pages, no later than **February 21, 2023**, limited to the mitigation issues raised by plaintiff Javelin Global Commodities (UK) Ltd.'s February 3, 2023 submission (Dkt. 61).

Dated: New York, New York
       February 7, 2023

                       **SO ORDERED.**

                       **BARBARA MOSES**
                       **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2023