**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAVELIN GLOBAL COMMODITIES (UK) LTD.,

                      Plaintiffs,

-against-                                            21 **CIVIL** 7462 (DLC)

                                                                  **JUDGMENT**

INVESTMENT MINING GROUP LLC,

                      Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2025, the December 30 Report is adopted in full. Judgment is entered for the principal amount of (i) $2,596,205 in unpaid rent, together with (ii) $189,915 in default interest on the unpaid rent accrued between August 13, 2021, and May 20, 2022, and (iii) additional default interest at a rate of 12% ($853.55 per day) from May 21, 2022, until the date on which the final judgment is entered, in the amount of $854,403.55. Javelin's February 4, 2025 motion to strike IMG's reply is dismissed as moot; accordingly, the case is closed.

**Dated:** New York, New York

           February 14, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                    **BY:**           K. Mango

                                                                      **Deputy Clerk**